AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

TADARYL WILLIAMS,

     Petitioner,            JUDGMENT IN A CIVIL CASE

V.

                              CASE NUMBER: **3:07-cv-00441-PMP-VPC**

E.K. MCDANIEL, et al.,

     Respondents.

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Petition, as amended, is DISMISSED with prejudice as untimely, against Petitioner and in favor of Respondents.

  May 13, 2008                                    **LANCE S. WILSON**
                                                                    Clerk

                                                             /s/ Kalani Lizares
                                                              Deputy Clerk